UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL 100 PENSION TRUST FUND, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHARLES COLE *dba* MICHAEL COLE ELECTRIC,<br><br>Defendant. | Case No. 1:21-cv-00750-AWI-EPG<br><br>ORDER SETTING STATUS CONFERENCE |

On August 10, 2021, the Court issued a scheduling order in this matter. (ECF No. 11). The scheduling order only provided deadlines for non-expert discovery and dispositive motions regarding coverage issues. (Id. at 6). The Court noted that "[i]f this case is still proceeding after dispositive motions have been resolved, or if no dispositive motions are filed, the Court will set a further status conference to discuss scheduling any remaining non-expert discovery or dispositive motions, expert disclosure deadlines, a pretrial conference, and a trial date." (Id.)

On November 22, 2022, District Judge Anthony W. Ishii issued an order denying Plaintiff's motion for summary judgment. (ECF No. 39). Given the fact this case continues to

1

proceed, the Court will now set a status conference to discuss the scheduling of any remaining deadlines.

Accordingly, IT IS ORDERED that:

1. In light of the Court's recent order denying Plaintiff's motion for summary judgment (ECF No. 39), the Court sets a status conference for December 16, 2022, at 2:30 PM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.
2. The parties shall file a joint proposed schedule for remining dates, or a joint report outlining any disputes regarding those dates, three days in advance to the conference and shall email a copy of the same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **November 28, 2022**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2