UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL 100 PENSION TRUST FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHARLES COLE *dba* MICHAEL COLE ELECTRIC; and DOES 1 through 50,<br><br>Defendants. | Case No. 1:21-cv-00750-AWI-EPG<br><br>ORDER RE: JOINT REQUEST FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 43). |

On December 12, 2022, Plaintiffs Board of Trustees of IBEW Local 100 Pension Trust Fund and Joint Electrical Trust Fund and Defendant Michael Charles Cole *dba* Michael Cole Electric filed a notice of settlement of this action. (ECF No. 41). The Court directed the parties to file dispositional documents by January 3, 2023. (ECF No. 42). On January 3, 2023, the parties filed a joint request to extend the deadline to file dispositional documents. (ECF No. 43).

\\\

\\\

\\\

1

   Based on the parties' joint request (ECF No. 43), IT IS ORDERED that the parties shall file appropriate dispositional documents by January 17, 2023.

IT IS SO ORDERED.

   Dated:   **January 4, 2023**                            /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE