UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL 100 PENSION TRUST FUND; JOINT ELECTRICAL INDUSTRY TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHARLES COLE *dba* MICHAEL COLE ELECTRIC; and DOES 1 through 50,<br><br>Defendants. | Case No.  1:21-cv-00750-AWI-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 45). |

On January 13, 2023, the parties filed a joint stipulation for dismissal with prejudice, pursuant, and subject to the terms of the written settlement agreement between the parties. (ECF No. 45). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii)[1], and has been dismissed with prejudice.

\\\

\\\

\\\

---

[1] The caption of the parties' stipulation references Federal Rule of Civil Procedure 41(a)(2), which provides for dismissal "at the plaintiff's request only by court order." Because Defendant filed an answer to Plaintiff's complaint (ECF No. 6), and because the parties' have filed "a stipulation of dismissal signed by all parties who have appeared," dismissal is appropriate under Rule 41(a)(1(A)(ii). *See* Fed. R. Civ. P. 41(a)(1)(i)-(ii).

1

Accordingly, the Clerk of Court is directed to close this case.
IT IS SO ORDERED.

Dated: **January 18, 2023**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE